Nancy K. McCombs
Attorney at Law
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone: (415) 678-2626

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATHLEEN E. SCOTT, | ) |
| Plaintiff, | ) Case No.: 2:07-cv-00563-GGH |
| | ) |
| v. | ) STIPULATION EXTENDING TIME TO FILE |
| | ) |
| MICHAEL J. ASTRUE, | ) MOTION FOR SUMMARY JUDGMENT OR REMAND |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |

The parties stipulate that plaintiff shall have an additional sixty days, to and including November 16, 2007, in which to move for summary judgment or remand.

DATED:      9/14/07         By:       /s/
                                 NANCY K. MCCOMBS,
                                 Attorney for Plaintiff


DATED:      9/14/07         By:       /s/
                                 NANCY M. LISEWSKI,
                                 Attorney for Defendant

IT IS SO ORDERED.

DATED: 9/20/07                   /s/ Gregory G. Hollows
                                 GREGORY G. HOLLOWS,
Scott.eot                        Magistrate Judge