IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLEEN SCOTT,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

No.  CIV S-07-0563 JAM GGH

ORDER

       On July 23, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

       Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

       The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

       Accordingly, IT IS ORDERED that:

/////

1. The Proposed Findings and Recommendations filed July 23, 2008, are ADOPTED;

2. Plaintiff's Motion for Summary Judgment or Remand is denied;

3. The Commissioner's Cross Motion for Summary Judgment is granted; and

4. The Clerk of Court is directed to enter judgment for the Commissioner.

DATED:  9/24/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

scott.jo